ALICE MORRIS, Respondent, v. LAWRENCE L. MORRIS, Appellant.

Argued June 8, 1944; decided July 19, 1944.

*Sol Tekulsky* and *Joseph H. Muller* for appellant.
*Adolph S. Ziegler* and *Harry H. Lipsig* for respondent.

Judgment of Appellate Division reversed and that of Special Term affirmed, without costs, on the ground that the findings of the Special Term are in accord with the weight of the evidence. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.